MFS Legal Inc.
Neal F. Morrow III (SBN 295497)
Joseph D. Steward, III (SBN 337385)
5318 East 2nd Street, #490
Long Beach, CA 90803
(562) 379-2654
lawclerk@calemonlawteam.com
eservice@calemonlawteam.com

Attorneys for Plaintiff
DOMINIQUE ANGELINA MORTON

Spencer P. Hugret (SBN: 240424)
shugret@grsm.com
James Mayo
jmayo@grsm.com
Jordan Willette
jwillette@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
KIA AMERICA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE ANGELINA MORTON,<br><br>    Plaintiff,<br><br>  vs.<br><br>KIA AMERICA, INC., and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO.: 3:22-cv-06966-~~CRB~~ MMC<br><br>**STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL**<br><br>Hon. Maxine M. Chesney<br>United States District Judge |

1
STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL

Plaintiff DOMINIQUE ANGELINA MORTON and Defendant KIA AMERICA, INC., hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Date:  April 26, 2024    MFS Legal Inc.

/s/ Neal F. Morrow III
By: Neal F. Morrow III
Attorneys for Plaintiff

Date:  April 26, 2024    GORDON REES SCULLY MANSUKHANI, LLP

/s/ Jordan Willette
By: Jordan Willette
Attorneys for Defendant

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE as to all claims, causes of action, and parties, With each party bearing that party's own attorney's fees and costs.

The Clerk is directed to close the file.

Dated : April 29, 2024

_____
Hon. Maxine M. Chesney
UNITED STATES DISTRICT JUDGE